

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERICA CARRIZAL, | § | No. 08-22-00158-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| DESERT SUN, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-CCV00424) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF FEBRUARY, 2023.

LISA J. SOTO, Justice

February 21, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.